

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DAVID LEON MORELAND, :

: CIVIL ACTION NO. CV208-104

VS

GLYNN IRON & METAL, INC., :

ORDER

Plaintiff has moved this Court for voluntary dismissal of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby GRANTED. This case is Dismissed, without prejudice.

**SO ORDERED,** THIS ___ day of September, 2008.

ANTHONY A. ALAIMO, JUDGE
SOUTHERN DISTRICT OF GEORGIA